WALTON, TRUSTEE, Respondent, v. COMMERCIAL CREDIT CO., Defendant, and CONLAN, Appellant

(9 N. W.2d 269.)

(File No. 8554. Opinion filed April 24, 1943.)
Rehearing Denied June 15, 1943.

**Cherry & Braithwaite,** of Sioux Falls, and **Dwight Campbell,** of Aberdeen, for Appellant.

**Max Stokes,** of Aberdeen, for Respondent.

PER CURIAM. This case is a companion case to Walton v. Commercial Credit Company et al., 69 S. D. 263, 9 N. W.2d 266, in which an opinion has this day been filed.

The order appealed from is reversed and the trial court is directed to enter judgment dismissed plaintiff's complaint and in favor of the defendant.

All the Judges concur.